AO 246A (Rev. 01/09)  Order of Discharge and Dismissal Under 18 U.S.C. § 3607(a)

# UNITED STATES DISTRICT COURT
for the

__EASTERN__ DISTRICT OF __EASTERN CALIFORNIA__

FILED
FEB 10 2011
CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  1:10MJ00018-01 GSA |
| | ) | |
| BRETT A. JONES | ) | |
| *Defendant* | ) | |

## ORDER OF DISCHARGE AND DISMISSAL UNDER 18 U.S.C. § 3607(a)

The supervising probation officer reports that the defendant has complied with the conditions of probation and recommends discharge from probation.

**IT IS ORDERED:**  The defendant is discharged from probation, and the proceedings are dismissed without a judgment of conviction.

Date:  __2/10/11__

_____
*Judge's Signature*

GARY S. AUSTIN; U.S. Magistrate Judge
*Printed Name and Title*

cc:   U.S. Probation
     Laurel J. Montoya, Assistant United States Attorney
     Richard P. Berman, Defense Counsel